UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HAZELL MITCHELL aka MITCHELL HAZELL aka HAZEL M. MITCHELL aka HAZEL S. MITCHELL,

    Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number: CV 08 2504 SLM

TO: (Name and Address of Defendant)

    HAZELL MITCHELL aka MITCHELL HAZELL aka
    HAZEL M. MITCHELL akaHAZEL S. MITCHELL
    21100 GARY DRIVE, # 204
    CASTRO VALLEY, CA 94607

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING  
CLERK

BY DEPUTY CLERK  
GLORIA ACEVEDO

DATE 5-21-08